IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ELIZABETH PHILLIPS § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Cause No. 3:23-cv-00294 |
| MURPHY OIL USA, INC. § | |
| § | |
| Defendants. § | |

**<u>MURPHY OIL USA, INC.'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Murphy Oil USA, Inc. ("Murphy Oil") respectfully files its Original Answer to Plaintiff's Original Complaint, respectfully showing the following:

1. With regards to the allegations in paragraph 1, Murphy Oil will adhere to the discovery rules outlined in the Federal Rules of Civil Procedure.

2. With regards to the allegations in paragraph 2, Murphy Oil admits Plaintiff seeks damages within the jurisdictional limits of this Court. Murphy Oil admits Plaintiff seeks damages in excess of $75,000.00 but not exceeding $250,000.00. Murphy Oil denies any and all liability in this case.

3. With regards to the allegations in paragraph 3, Murphy Oil admits Plaintiff has filed a premises liability suit against Murphy Oil. Murphy Oil denies any and all liability in this case.

4. With regards to the allegations in paragraph 4, Murphy Oil has no reason to deny this allegation.

5. With regards to the allegations in paragraph 5, Murphy Oil admits.

6. With regards to the allegations in paragraph 6, Murphy Oil admits United States District Court for the Western District of Texas has jurisdiction over this case.

7.	With regards to the allegations in paragraph 7, Murphy Oil admits venue is proper in the El Paso Division for the United States District Court for the Western District of Texas.

8.	With regards to the allegations in paragraph 8, Murphy Oil refers the Court to its responses to Plaintiff's allegations in paragraphs 1 through 7.

9.	With regards to the allegations in paragraph 9, Murphy Oil objects to the allegations in paragraph 9 as it presents legal conclusions inappropriate in a pleading. Further, Murphy Oil admits its controls Murphy USA Express Store 8954. Murphy Oil denies any and all liability.

10.	With regards to the allegations in paragraph 10, Murphy Oil objects to the allegations in paragraph 10 as it presents legal conclusions inappropriate in a pleading. Murphy Oil further objects as the allegation is vague as to which employees, agents, and servants Plaintiff is referencing. Murphy Oil cannot admit or deny the allegation as worded. Murphy Oil denies any and all liability in this case.

11.	With regards to the allegations in paragraph 11, Murphy Oil objects to the allegations in paragraph 11 as it presents legal conclusions inappropriate in a pleading. Murphy Oil admits a bumper block is present in the parking lot of the Murphy Oil's store, as is common in many parking lots. Murphy Oil denies the remaining allegations in paragraph 11 and denies any and all liability in this case.

12.	With regards to the allegations in paragraph 12, Murphy Oil objects to the allegations in paragraph 12 as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the remaining allegations in paragraph 12 and denies any and all liability in this case.

13.	With regards to the allegations in paragraph 13, Murphy Oil objects to the allegations in paragraph 13, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 13 and denies any and all liability in this case.

14. With regards to the allegations in paragraph 14, Murphy Oil objects to the allegations in paragraph 14, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 14 and denies any and all liability in this case.

15. With regards to the allegations in paragraph 15, Murphy Oil objects to the allegations in paragraph 15, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 15 and denies any and all liability in this case.

16. With regards to the allegations in paragraph 16, Murphy Oil objects to the allegations in paragraph 16, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 16 and denies any and all liability in this case.

17. With regards to the allegations in paragraph 17, Murphy Oil objects to the allegations in paragraph 17, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 17 and denies any and all liability in this case.

18. With regards to the allegations in paragraph 18, Murphy Oil objects to the allegations in paragraph 18, as it presents legal conclusions inappropriate in a pleading. Murphy Oil denies the allegations asserted paragraph 18 and denies any and all liability in this case.

19. With regards to the "Prayer for Relief" paragraph, including subparagraphs (a)-(e), Murphy Oil denies the allegations asserted and continues to deny any and all liability in this case.

20. As separate, alternative, and/or additional defenses and/or defensive matters, Murphy Oil affirmatively answers as follows:

21. Murphy Oil affirmatively asserts Plaintiff's Complaint fails to conform to the pleading requirements of Federal Rule of Civil Procedure 10, in that the Complaint asserts multiple statements of multiple circumstances in a single paragraph, rather than in multiple paragraphs, as required, and in that regard, the Complaint is deficient, and Plaintiff should be required to replead

her Complaint. If Plaintiff fails to replead her Complaint in conformity with Rule 10, the Complaint should be stricken in its entirety.

22. Murphy Oil affirmatively asserts Plaintiff's claims and causes of action should be dismissed, in whole or in part, as it is apparent from the face of the Complaint Plaintiff's claims and causes of action fail to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 12(b)(6).

23. Murphy Oil asserts the injuries and damages claimed, if any, were caused or contributed to by the negligent or other acts or omissions of parties and non-parties for whom Murphy Oil has no responsibility, including Plaintiff. In that regard, Murphy Oil affirmatively pleads the doctrine of comparative fault and states the fault/responsibility of all parties and responsible non-parties, including Plaintiff, should be determined by the trier of fact and damages, if any, be apportioned accordingly.

24. Murphy Oil affirmatively asserts the alleged "dangerous" condition is open and obvious to the general public. Plaintiff had actual, subjective knowledge of the alleged "dangerous" condition and is thus barred recovery.

25. Murphy Oil affirmatively asserts any alleged incident was the result of an unavoidable accident.

26. Murphy Oil affirmatively asserts Plaintiff' injuries were all pre-existing, as evidenced by Plaintiff's medical records.

27. Should the trier of fact find Murphy Oil liable for any of Plaintiff' alleged injuries and/or damages, which Murphy Oil expressly denies, Murphy Oil affirmatively asserts it may only be held liable for its own conduct that proximately caused aggravation of Plaintiff's original condition(s) and not for the original condition(s) itself.

28. Murphy Oil affirmatively asserts at all times it undertook and performed any and all actions relevant to Plaintiff's claims in conformity with any and all applicable state and federal laws and regulatory guidelines.

29. Murphy Oil affirmatively asserts Plaintiff's claims for relief are barred, in whole or in part, by the failure to mitigate damages, if any.

30. Should the trier of fact find Murphy Oil liable for any of Plaintiff's alleged injuries and/or damages, which Murphy Oil expressly denies, and award damages to Plaintiff for medical or health care expenses, Plaintiff is limited to recover only those amounts actually paid or incurred pursuant to the Texas Civil Practice and Remedies Code.

31. Murphy Oil affirmatively asserts Plaintiff must prove any loss of earnings, loss of earning capacity, loss of contributions of pecuniary value, or loss of inheritance in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law pursuant to the Texas Civil Practice and Remedies Code.

32. Should the trier of fact find Murphy Oil liable for any of Plaintiff's alleged injuries and/or damages, which Murphy Oil expressly denies, and award damages to Plaintiff, any award of pre- and/or post judgment interest is limited by the provisions of the Texas Finance Code.

33. In the event of recovery of damages, which Murphy Oil continues to dispute liability for Plaintiff's alleged damages, Murphy Oil asserts any recovery of exemplary damages against Murphy Oil is capped by Chapter 41 of the Texas Civil Practice and Remedies Code.

34. Murphy Oil reserves the right to amend its Answer to add such additional affirmative defenses, counterclaims, cross-claims, and third-party claims as may be disclosed during the course of discovery in this case.

35. Murphy Oil requests a trial by jury of all issues of fact in this case.

Accordingly, Defendant Murphy Oil, Inc. prays Plaintiff Elizabeth Phillips take nothing by her claims and causes of action; and for such other and further relief to which it may be so justly entitled at law or in equity.

Respectfully submitted,

RINCON LAW GROUP, P.C.
1014 N Mesa St., Ste. 200
El Paso, Texas 79902
(915) 532-6800 (Telephone)
(915) 532-6808 (Facsimile)

By:   */s/ Jeanette Garcia*
CARLOS RINCON
State Bar No. 16932700
crincon@rinconlawgroup.com
JEANETTE GARCIA
State Bar No.24119402
jgarcia@rinconlawgroup.com

Attorneys for Murphy Oil USA, Inc.

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing document was served on the parties through their counsel of record, as follows, on this 10th day of August, 2023 through the ECF Electronic Filing System:

  */s/ Jeanette Garcia*
JEANETTE GARCIA